Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY AUGUSTUS SMULSKI<br><br>Defendant. | NO. CR16-239RSL<br><br>ORDER CONTINUING PRE-TRIAL MOTIONS DEADLINE AND TRIAL DATE |

This matter comes before the Court on the defense's oral motion for a continuance. The United States does not oppose the motion.

Based on the facts discussed at the status conference held October 7, 2016, which the Court incorporates by reference, and the defendant's speedy trial waiver made at that time on the record, the Court finds as follows:

1. The defendant is charged in a five count indictment alleging wire fraud and money laundering.

2. Trial in this matter is scheduled for November 14, 2016, and pretrial motions were due on September 30, 2016.

ORDER CONTINUING PRE-TRIAL MOTIONS DEADLINE
AND TRIAL DATE - 1

3. The United States has produced over eight gigabytes of discovery to the defense.

4. Defense counsel currently is defending a lengthy murder trial for another client. That trial is anticipated to end on October 31, 2016.

5. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

6. Proceeding to trial absent the requested continuance would deny the defense reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

7. The defendant has agreed to waive his speedy trial rights on the record and has requested a continuance until February 27, 2017.  The Court finds this waver to be knowing, voluntary, and made with the advice of counsel.

Accordingly, IT IS HEREBY ORDERED that the trial date be continued from November 14, 2016, to February 27, 2017 and that the pretrial motions deadline be continued to November 22, 2016 provided that any motion filed by the parties be limited to the discovery that was provided by the government on October 7, 2016.

IT IS FURTHER ORDERED that the period of time from the date of this order through the new trial date of February 27, 2017 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Dated this 24th day of October, 2016.

*signature*

Robert S. Lasnik
United States District Judge

ORDER CONTINUING PRE-TRIAL MOTIONS DEADLINE
AND TRIAL DATE - 2