Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY AUGUSTUS SMULSKI<br><br>Defendant. | NO. CR16-239RSL<br><br>[PROPOSED] SCHEDULING ORDER |

By request of the parties, the Court hereby enters and order the parties to comply with the complex case schedule set forth below.

//

//

//

SCHEDULING ORDER - 1
SMULSKI/CR16-239RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Event | Deadline/Date |
|---|---|
| Deadline to file pretrial motions. Responses due March 24; Reply briefs due March 28; Noting Date: March 31st | March 3, 2017 |
| Government to provide discovery under Fed. R. Crim. P. 16(a)(1)(A)-(F) and Local CrR 16(a)(1), with continuing obligation as set forth in Rule 16(c) for additional materials obtained by trial subpoena or from witnesses during trial preparation | March 10, 2017 |
| Defendant to provide discovery under Rule 16(b)(1)(A)-(B), and Local CrR 16(a)(2), with continuing obligation as set forth in Rule 16(c); Defendant to provide notice of alibi defense under Fed. R. Crim. P. 12.1 and/or mental health defense under Fed. R. Crim. P. 12.2; Defendant to provide notice of advice of counsel defense and relevant discovery. | March 24, 2017 |
| Government to provide expert disclosure with Rule 16 written summary | March 31, 2017 |
| Defendant to provide expert disclosure with Rule 16 written summary along with expert rebuttal disclosure. | April 7, 2017 |
| Government to provide FRE 404(b) notices | April 14, 2017 |
| Government to provide rebuttal expert disclosures | April 21, 2017 |
| Status Conference/ Hearing on Pretrial Motions | |

SCHEDULING ORDER - 2
SMULSKI/CR16-239RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Parties to file motions in limine in addition to any motions re: 404(b) and inextricably intertwined evidence. Responses due May 10, 2017; Reply briefs due May 17, 2017; Noting Date: May 17, 2017 | April 26, 2017 |
| Status Conference/ Hearing on Motions In Limine | |
| Government's witness list and exhibit list related to its case-in-chief | May 5, 2017 |
| Government to produce all summary exhibits and underlying data under Fed. R. Evid. 1006 | May 12, 2017 |
| Defendant' witness list and exhibit list related to its case-in-chief | May 12, 2017 |
| Defendant to produce all summary exhibits and underlying data under Fed. R. Evid. 1006 | May 24, 2017 |
| Government to produce Jencks Act, Rule 26.2 and *Giglio* impeachment materials, including information relating to known non-testifying declarants under Fed.R.Evid. 806 (if any) | June 2, 2017 |
| Defendant to produce Jencks Act materials | June 2, 2017 |
| Trial Briefs, Proposed Jury Instructions, Voir Dire, and Verdict Forms | June 2, 2017 |
| Pretrial Conference | |
| Trial | June 12, 2017 |

SCHEDULING ORDER - 3
SMULSKI/CR16-239RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

This order moots the United States' motion for discovery. *See* Dkt. #28. Accordingly, that motion is denied, without prejudice.

SO ORDERED.

Dated this 9th day of March, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
U.S. DISTRICT COURT JUDGE

*Presented by:*

*/s/ Francis Franze-Nakamura*
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  (206) 553-4402
Fax:  (206) 553-4440
E-mail:  Francis.Franze-Nakamura@usdoj.gov

*/s/ Allen R. Bentley*
ALLEN R. BENTLEY
WSBA NO. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA 98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email:  abentley@concentric.net

SCHEDULING ORDER - 4
SMULSKI/CR16-239RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970