HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ZACHARY AUGUSTUS SMULSKI, <br><br> Defendant. | NO. CR16-239RSL <br><br> ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE AN OVER-LENGTH BRIEF |

Defense counsel having moved for leave to file a brief in excess of 12 pages in length in support of a motion, pursuant to Fed. R. Evid., Rule 12(b)(3)(v), for an order striking from the indictment allegations that the defendant schemed to defraud Marquette Equipment Financing LLC, and the court having considered the motion and the reasons set forth in the declaration of defense counsel filed in support of the motion, the court has concluded that sufficient reasons have been presented and that the motion should be granted. Accordingly, it is hereby

ORDERED that the defendant may file a brief not to exceed 20 pages in support of the proposed motion to strike from the indictment the allegation that the defendant schemed to defraud Marquette Equipment Financing LLC.

DONE this 14th day of March, 2017.

*/s/ Robert S. Lasnik*
HON. ROBERT S. LASNIK
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION
FOR LEAVE TO FILE AN OVER-LENGTH BRIEF - 1

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391