Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY AUGUSTUS SMULSKI<br><br>Defendant. | NO. CR16-239RSL<br><br>**ORDER CONTINUING PRETRIAL MOTION RESPONSE AND REPLY DATES** |

Currently before the Court is the government's unopposed motion to continue the pretrial motion response and reply dates. Upon consideration of this motion, the Court hereby continues the pretrial motion response and reply dates to March 31, 2017 and April 7, 2017 respectively.

SO ORDERED.

Dated this 22nd day of March, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING PRETRIAL MOTION
RESPONSE AND REPLY DATES - 1
SMULSKI/CR16-239RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970