HON.  ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR16-239RSL |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER GRANTING DEFENSE COUNSEL'S |
| v. | ) ) | MOTION FOR LEAVE TO WITHDRAW |
| ZACHARY AUGUSTUS SMULSKI, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

 Defense counsel Allen R. Bentley has moved for an order permitting him to withdraw as counsel for the defendant.  The reasons presented for the motion are (1) the possibility that additional legal work may be needed in light of *Lagos v. United States*, a decision of the United States Supreme Court issued after the defendant was sentenced, in which the Supreme Court addressed the scope of restitution authorized by the Mandatory Victim Restitution Act, (2) the fact that Mr. Bentley's withdrawal is permissible under the engagement agreement between Mr. Bentley and Mr. Smulski, and (3) the fact that Mr. Smulski does not object to counsel's withdrawal.  Having reviewed the motion and the grounds set forth in the motion, the court has concluded that the motion is meritorious and should be granted.  Accordingly, it is hereby ORDERED as follows:

 1.  Allen R. Bentley is permitted to withdraw as attorney for defendant Zachary Augustus Smulski;  and

 2.  Upon the signing of this order, Mr. Bentley shall have no further responsibility for the representation of Mr. Smulski.

[~~PROPOSED~~] ORDER GRANTING
DEFENSE COUNSEL'S MOTION
FOR LEAVE TO WITHDRAW - 1

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391

1

DONE this 5ᵗ day of ~~August~~ Sept., 2018.

2

3

_____
HON. ROBERT S. LASNIK
United States District Judge

4

5

Presented by:

6

/s/ Allen R. Bentley
_____

7

ALLEN R. BENTLEY
WSBA No. 12275

8

Law Offices of Allen R. Bentley
1111 Third Avenue

9

Seattle, WA  98101
Telephone: (206) 343-9391

10

Fax: (206) 682-3746
Email:  abentley@concentric.net

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[~~PROPOSED~~] ORDER GRANTING
DEFENSE COUNSEL'S MOTION

25

FOR LEAVE TO WITHDRAW - 2

26

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391