UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY A. SMULSKI,<br><br>Defendant. | Case No. 2:16-CR-239-RSL-001<br><br>ORDER GRANTING MOTION TO WITHDRAW PETITION |

This matter comes before the Court on defendant[1] Zachary Smulski's "Motion to Withdraw Petition for Writ of Error Coram Nobis." Dkt. #66. Having considered Mr. Smulski's motion and the Petition for Writ of Error Coram Nobis, Dkt. #65, the Court hereby GRANTS Mr. Smulski's motion to withdraw the petition.

DATED this 16th day of November 2018.

*signature*
Robert S. Lasnik
United States District Judge

---

[1] Mr. Smulski erroneously referred to himself as a petitioner in his "Petition for Writ of Error Coram Nobis," Dkt. #65, and in his motion to withdraw it, Dkt. #66.

ORDER GRANTING MOTION TO
WITHDRAW PETITION - 1